UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON JAQUEZ,
                              Plaintiff,

            -against-

LIVING WELL STORES, INC.,
                            Defendant.
------------------------------------------------------------X

21 Civ. 1172 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the August 11, 2021, Order (Dkt. No. 21), required the parties to file a joint letter specifying the dates for their intended depositions by August 18, 2021;

    WHEREAS, the parties failed to submit the letter; it is hereby

    **ORDERED** that the parties shall file the letter by **August 23, 2021**.

Dated: August 19, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**